IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____MACON_____ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

Marcus Anthony Terrell (etal)
_____
_____

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

WARDEN: MR. SEALS (etal) Dooly
CERT officer: MR. Luscas Dooly
CERT officer: MR. Paul - Dooly -
Lt. Ms. Fudge & MR. Colbin Dooly
(NAME OF EACH DEFENDANT) SEE: Attachment I. at B.
Dooly: Medical Director
Agusta: MR. Philbin Alcande /etal/
Agusta: MR. Smith & MR. Harmon /etal/
GA. Dept of Corrections /etal/
Risk Management Division

Defendant(s)

CIVIL ACTION NO:
5:24-cv-00295-MTT-CHW
Demand of Jury
Pursuant to 42 U.S.C. §1981,
1982, 1983, 1985, & 1997 (e),
28 U.S.C. §1346, §1367, §2283-84 &
2201
Demand of Jury

I. GENERAL INFORMATION

1. Your full name and prison number Marcus Anthony Terrell #831124
2. Name and location of prison where you are now confined Washington State Prison
3. Sentence you are now serving (how long?) 3 Lifes & 50 yrs
   (a) What were you convicted of? /Rape
   _____
   (b) Name and location of court which imposed sentence Gwinnett County Superior
   Court 75 Langley Drive Lawrenceville Georgia, 30046
   (c) When was sentence imposed? 2013
   (d) Did you appeal your sentence and/or conviction?  Yes ☑  No ☐
   (e) What was the result of your appeal? My Habeas Corpus State is
   Pending In Johnson County Superior Court (Wrightsville Georgia)

1.

(f) Approximate date your sentence will be completed ___N/A___

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

   Yes [✓]  No [ ]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

   Plaintiff(s): __MARCUS ANTHONY TERRELL__

   Defendant(s): __WARDEN: MR. SEALS / CERT. MR. LUCUS & MR. PAUL / LT. MS. FUDGE & MR. COLBIN, & (Dooly Prison) Medical Director / etal/__

   (b) Name of Court: __United States District Court for Middle District of Georgia__

   (c) Docket Number: __5:23-CV-00315__  When did you file this lawsuit? __15th day of Aug 2023__

   (d) Name of judge assigned to case: __Honorable: Charles. H. Weigle...__

   (e) Is this case still pending?   Yes [ ]   No [✓]

   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
   (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
   __THE CASE WAS DISMISSED under the Three strikes (P.L.R.A) Rule. (NOW REFiled) Without Prejudice) was the order__

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes [✓]   No [ ]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:

   Plaintiff(s): __MARCUS ANTHONY TERRELL__

   Defendant(s): __WARDEN: MR. ANTONI CALDWELL/ etal / for (stroke suffered)__

   (b) Name of Court: __United States District Court for the Southern District of Georgia__

   (c) Docket Number: __3:21-0042__  When did you file this lawsuit? __2021__

   (d) Name of judge assigned to case: __Unknown Do Not Know__

   (e) Is this case still pending?   Yes [ ]   No [✓] __Dooly officials Trashed All my Property documents Legal__

2.

(f) **If your answer to (e) is "No", when was it disposed of and what were the results?**
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

THE CASE WAS Remand Granted / 11th Cir (Terrell V. Caldwell 2021 U.s APP Lexis (11th cir 10/15/2021) but dismissed under a different case #/ I was never informed till outside time to file (Cert) in the united states supreme court.

8. **AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT** in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes [X]   No [ ]

If your answer is Yes, state the name of the court and docket number as to each case:

I have filed (several Law Suites) Due to Abusive Treatment by (GA. D.O.C) officials... Dooly Trashed All my (Records) I've filed in Every District for (Multi) deprivation of my Constitutional Rights, (some Ruled as frivolous, & fail to state a claim... Northern / Middle / & Southern / Failing within 3 strikes.

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. **Where did the matters you complain about in this lawsuit take place?** The Matters of this "Law Suit." Took Place at (Augusta Medical Prison) (Dooly State Prison) (To Present) from G.D.C (a) Does this institution have a grievance procedure?   Yes [/]   No [ ]

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes [/]   No [ ]

(2) If Yes, what was the result? Exhausted to Last Appeal level to Georgia Department of Corrections / office of Professional standards P.O. Box 1529 Forsyth, Georgia, 31029

(3) If No, explain why not: _____

3.

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to. Exhausted. Told (Ms Askew)-filed Grievance - on (Dooly) - & Reported In Person To the (United States Department of Justice) - Also (Richmond County 911 was called on (Agusta officials For the HIT PUT on ME).. by officials (See: Attached B. N/A

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?  Yes [✓]  No [ ]

(1) If Yes, to whom did you appeal and what was the result? To the Georgia Department of Corrections Central office/office of Professional Standards PO Box 1529 Forsyth, Georgia, 31029. (exhausted)

(2) If No, explain why you did not appeal: _____

10. In what other institutions have been confined? Give dates of entry and exit.
(2013- Smith State (2016- Calhoun (2016- Autry (2019 Johnson State (2023- Agusta - (2023 Dooly (2024- Calhoun (2024- Washington (Present) ... (2012- Gwinnett County) to present) &... Gwinnett county is my only (felonys) - I've had misdemenor arrest in other countys I can not reck/all. its been over 14 years. (Plus) Dekalb County. (No felonys but Gwinnett)

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.
(Washington State Prison) 13262 Hwy 24 East PO Box 206 Davisboro, Georgia, 31018

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY) To the Best of my Knowledge'. (For: Dooly - Warden: Mr. Seals /etal/... (Dooly- Medical Director)-Jane/John Doe (Dooly: Cert officer... Mr. Lucus ... (Dooly- Cert official: Mr. Paul (Dooly: Lt. Mr. Colbin &.(Lt. Ms. Fudge ...(etal)..... (Agusta Medical Prison - Warden: Mr. Edward Philbin ... (Agusta-Dept Warden- Mr. Harmon .. (Agusta: Cert Sgt Mr. Smith... (Agusta: Medical Director .. (Georgia Dept of Corrections (Risk Management Division)....

4.

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE **REQUIRES** THAT PLEADINGS BE **SIMPLE**, **CONCISE**, and **DIRECT**! If the court needs additional information from you, you will be notified.

**WHERE** did the incident you are complaining about occur? That is, at what institution or institutions? (Georgia Department of Corrections)..(Agusta State)·(Dooly State)·Prisons

**WHEN** do you allege this incident took place? The "Physical Assaults," & Torts

**WHAT** happened? All took place from (Agusta)-on around the time
2 Case# 5:22-cv-00312-TES-CHW, was timely filed for upon (Agusta) while
3 under grave duress... Dated filed 8/26/2022..dismissed/1/6/2023 Petitioner
4 was in the hole denied law library etc.. & was not timely served,
5 with the order was dismissed without prejudice.(Agusta State
6 Medical Prison)..... I was transferd from (Johnson State Prison)
7 after being denied any treatment for a (stroke) that left
8 me disabled, & for there malicicuse treatment placing
9 me in the segragation unit for a year for medical demand.
10 I was excepted in Medical three times as a walk in &
11 kicked out by (Medical Sargent Jane Doe). I was left on
12 the ground from about 9:00 AM to 9:00 PM. Then placed in
13 seg unit (J1) I informed all the counselors, Wardens, ETAV that
14 my Left arm was stuck in front of me my hole left
15 side was numb & felt like a heart attack, my legs swollen
16 Loss of speach... My left foot drew up the pain... (see attached. Pg 8...

5.

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

(1. [see Terrell V Caldwell 2021 U.s App. Lexis (11th cir. 10/15/2021)...for [untreated stroke]
(2 conditions to present) Prescribed at [Augusta Medical] transfered Never Treated...
(3 (witness declaration) In Complaint/MR. Jereme's signed complaint)...for discrimination &
(4 official (policy of Abuse) from defendant (Georgia Department of Corrections)...
(5 (Richmond County 911 dispatch/Police) was called on Augusta officials) — (see Attached) pg. 8.

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

(1 Petitioner prays for /Preliminary & Injunctive. Permanent
(2 Relief against", The officials enacted (Policy)... of defendant
(3 (Georgia Department of Corrections)... That is a (Flag) placed
(4 In Petitioners file with no factual support... are Verbal (flag).
(5 to... motivate, malicious discrimination, & retaliation In
(6 the different forms stated In the claim .. Relief as Injunctive.
(7 1. To order a decree & investigation on this "Policy"
(8 & Termination of officials who has administered it, & does (see: Att. pg B.

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you <u>will</u> be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this __12th__ day of __Dec__, 20__24__.

_Marcus A Terrell_
PLAINTIFF PRO-SE

6.
pg 7. has been omitted.

(Attachment. pg 6 (14)... Witness List
6 The (United States Department of Justice) came to (Dooly)
7 & a (Mr. Brian) & (Ms. Sophia) recorded the complaint.
8 Ms. Williams/CERT official, who brought all that was
9 left of my property Mr. Lucus took & etal "officials"
10 from (Dooly)... Ms. Williams also stopped Mr. Lucus & Mr. Paul
11 from the continued assault at split shift office
12 when petitioner was made to strip nude, & not allowed
13 to cover his penis," are get punched in the face.
14 Subsequate to them assaulting petitioner at his Native
15 American Indian meeting. (Mr. Thomas McQuitter," Principal Witness.
16 who attached a declaration to (Doc #1) original complaint.
(Attachment. pg. 5 at (13).. (V. Statement of Claim)......
Attachment pg 5,...'
17 was sever, this in-human treatment is addressed
18 in a civil case against (Johnson State)(Doc 1#) case # 5:23-00315-
19 TES-CHW, the case was given (remand) by the 11th cir in (Terrell v
20 Caldwell/etal) case # 21-13307 (see: 3:21-cv-042 in the district
21 (Terrell v Caldwell 2021 U.S. APP. Lexis (11th cir 10/15/21)- the case no#
22 was changed with no order of dismissal, yet dismissed under the
23 (strawman new case #)... as petitioner had no knowledge until CERT was
24 procedurally bared. This case is relevant to petitioners
25 reason for being transferd to (Agusta), as to date petitioner
26 has never been aloud to go to therapy, see the nero specialist
27 for the sever nerve damage are heart? at (Agusta state Medical)

. . . . Agusta State Medical Prison . . .
On about Feb. of 2022 petitioner was transferd to (Agusta)(A.S.M.P.)

8.

pg 7 has been omitted.

## STATEMENT OF CLAIM

28 AS A PERMANENT. PETITIONER WENT TO A CALL OUT FOR
29 DENTAL. THAT MORNING PETITIONER WAS MADE TO COME BACK
30 LATER, PETITIONER," HAS DEALT WITH, KIDNEY ARE PROSTATE
31 ISSUE'S OVER YEARS WAS PEEING BLOOD WENT IN A NURSE STN
32 TO, TRY TO ADDRESS THE SEVER BURNING & PAIN DOWN THERE
33 & THE BLOOD BEING URINATED. THE CERT OFFICIALS WAS CALLED
34 MR. SMITH & OTHER OFFICIALS WAS PRESENT UNIT MANAGER
35 MS. HARRISON AS WELL. PETITIONER EXPLAINED TO MR. SMITH &
36 OTHER (CERT) AS HE WAS PLACED IN THE LOCK UP CAGE (4.b) FLOOR..
37 THAT HE WAS PEEING BLOOD... MR. SMITH," THEN CAME BACK I SHOWED
38 HIM THE BLOOD IN THE (JUG) I URINATED, YET HE IGNORED IT AS
39 WELL MS. HARRISON. MR. SMITH, THEN ASKING MY CHARGE WHEN
40 I TOLD HIM I HAD A (RAPE CONVICTION) HIM & ANOTHER "ETAI"
41 CERT OFFICIAL," STARTED YELLING REAL LOUD I WAS A, "FE--ING" RAPEST,"
42 & WAS UP THERE CAUSE I WANTED TO RAPE A NURSE. THERE
43 WAS NO KIND OF SEXUAL COMPLAINT MADE ON PETITIONER, NO FACTUAL
44 BASIS FOR THIS ACCUSATION. MR. SMITH, THEN PLACED PETITIONER
45 IN THE SEGREGATION UNIT AFTER YELLING THESE FALSE ACCUSATIONS
46 OUT LOUD IN FRONT OF OTHER OFFICIALS & NON & AFFILIATED INMATES
47 WHILE IN HIS PERSONAL & OFFICIAL CAPACITY. WAS DELIBERATE INDIFFERENT
48 TO HIS OFFICIAL DUTY TO NOT DISCRIMINATE, UNDER THE FIRST AMENDMENT
49 DELIBERATE INDIFFERENT TO THE EIGHTH AMENDMENT, GOING BEYOND HIS
50 OFFICIAL DUTY TO PROTECT THE (SAFETY) OF PETITIONER BY MAKING HIM
51 A TARGET TO BE ASSAULTED DUE TO THE FALSE ALLEGATIONS & DID.
52 WHILE IN HIS OFFICIAL DUTY AS A SECURITY OFFICIAL WHILE UNDER THE
53 COLOR OF STATE LAW, DELIBERATE INDIFFERENT TO THE EIGHTH AMENDMENT

9.

STATEMENT OF CLAIM

56 (Mr. Smith)(Deputy Warden: Mr. Harmon) & other "etal"
57 officials then Retaliated by Refusing to let Petit-
58 ioner out of the hole. Petitioner was there for
59 about 7 months till "Emergency Transfer." (Lt. John Doe,
60 Mr. Harmon, & etal/officials kept writing a stream of
61 false DR's, to say I Refused housing to take my Privliges
62 & did for over a year, they took all my Visters off, Phone
63 contacts to... Next. It was about Oct. of 2022... (Lt. John Doe)
64 who worked the seg unit & Mr. Harmon, who was also unit-
65 manager over seg forced another Inmate from the
66 (Suicide unit) in the cell with me. Mr. Moss he had just
67 been gang raped & hung himself, he was yelling he was
68 going to Kill, me & himself outside the cell. They forced
69 him in the cell anyway. Thus yelling for help & (P.R.E.A) from
70 him went on for about 3 days. "He was recorded on his
71 "Cell Phone" he had brought to him, This was sent to his
72 family & my own. Mr. Moss explained what a official told
73 him that I was the Target now & the Reason he
74 got raped they wanted him to Pin it on me (his Rape).
75 Mr. Moss "Proved this to be true, by the way the official came
76 & collected my single Pair of dirty boxers... in a bag not 3 mins after
77 he threw them out just like He said they told him. Also they
78 did not care if he would Kill himself are me, as he yelled he
79 would do & they Refused (P.R.E.A). Mr. Moss then went crazy & tried And
80 set a fire to burn us up at this Point we got to fighting.
81 He got a weapon a tablet, in a net-bag, two officials got us

19.

STATEMENT OF CLAIM

82 out the cell then Placed us back in cuffed. Mr. Moss then got
83 the weapon & hit Petitioners right Leg." It felt fractured
84 Petitioner could not walk on it for months after.
85 Thereafter Mr. Moss was Removed, Mr. Moss, had explained that
86 (Ms. Lane) who worked the doors; female cousin was working
87 the Nurse Unit I Ran into, when I was at my cell
88 out Peeing Blood. That it made sense from what Mr. Smith
89 was yelling," why said (Ms. Lane) made you the Target &
90 he did not want to do that to me (Pin his rape on me. All
91 this was Recorded. Thereafter they took "Mr. Moss," out the
92 cell," I took his phone & called (Richmond County 911)...
93 The official came & got the phone & Placed me in
94 the Kwiosk cell, till morning with no medical for my leg.
95 Next," morning (Mr. Hartmon) came & got me out the Kwiosk.
96 Forcing me Handcuffed to walk on my leg," & draged
97 me across the floor & up the steps when I informed
98 him my leg felt fractured, I need medical. Thereafter
99 I was denied any form of medical treatment for the
100 order from the doctor for the (stroke) to see a Nero-
101 Spencilist.. & for Rehab-therapy I was Prescribed
102 wrist to arm support that cert officials took. I was
103 totally ignored by my medical request, for my leg. (Next"?-
104 They forced a inmate already in (seg) out his room into
105 mine. He was there for doing a hit on another inmate.
106 In Dec. 26th 2022, Petitioner was emergency transferd. To
107 Gangland," then to (Dooly), the warden; Mr. Edward Philbin Alcande,

11.

STATEMENT OF CLAIM

108 & Mr. Harmon, both have a "official duty" to provide a
109 inmate with medical care & safe housing. The acts
110 of knowledge of the injury & disability from the (stroke)
111 petitioner was there to treat but just ignored as well, to
112 not treat petitioners injured leg from there malicious &
113 "sadistic actions", conspiring to place the safety & life
114 of petitioner in grave danger, by the placement of
115 crazed, dangerous inmates in the cell, Also the felony
116 tort, of conspiracy to cause assault, & to set petitioner
117 up with another capitol "sexual offense", "99" the rape of Mr. Moss.
118 So petitioner would never have a chance to get out. While
119 under the color of state law was deliberate indifferent
120 to petitioners constitutional rights under the eighth &
121 fourteenth amendment of the United States constitution.
122  .    .    ., Dooly State Prison, .    .    .
123 On about 1/20/2023... I arrived at (Dooly State Prison) I
124 was placed in (L2) doorm. I was just put in the doorm &
125 left to be placed in the room the gangs put me in. After
126 about 4hrs Me, one AKA "Jug Head" & another white inmate
127 was not allowed a bed. This has became a procedure of
128 several prisons,... Petitioner was told to sleep under the steps in
129 the day room, where not 2 weeks prior a inmate just
130 got stabbed to death, In (E2) doorm. Me, Jug Head, & Mr. Jay was
131 not unpacked when.. Captain: John Doe .. Mr. Lucus for the
132 CERT team & Mr. Paul arrived. I explained the gangs
133 have "no beds", to please move me to open doorm next.

12.

. . STATEMENT OF CLAIM . .

134 door (D building) are to the hole." Mr. Lucus, then yelled No one
135 leaves this dorm but in blood. I then requested a
136 grievance. (Mr. Paul) cert, then came over pushed me
137 off, my feet I landed flat on my back hard. Then Mr. Lucus
138 cert, a 350 plus lb man 1st came over & pushed his foot/boot
139 down on my admin area. Mr. Lucus then picked up his
140 foot & stoomped back down on my admin this injured
141 my lower to mid back," & took away Petitioner's breath.
142 Constituted a cruel & unusual act of assault, a tort
143 of the claim. Captain failed to stop the abuse, stood
144 by in approval & watched, who had a official duty
145 to stop this kind of abuse when a inmate has
146 posed no threat, while in his official capacity &
147 personal under the color of state law. Captain (John
148 Doe).. (Mr. Lucus & Mr. Paul) used excessive force & was
149 deliberate indifferent to Petitioner's constitutional
150 rights under the eighth amendment of the united
151 states constitution & equal protection clause of the
152 fourteenth amendment in there official & individual
153 capacity while under the color of state law
154 ... The second time Mr. Paul & Mr. Lucus assulted
155 Petitioner. Petitioner just signed into his Native
156 American Indian gathering, but had to go to the
157 bathroom. There two bathrooms, in split shift a in
158 mate & officials right next to it. The inmates was in use
159 the officials was the only one open with toilet paper being

13.

STATEMENT OF CLAIM

160 the office is really empty I used the official bathroom. While on
161 the pot (I'm lead to believe the door was locked from the out-
162 side) yet the door would not unlock when I went to leave.
163 Maybe a hour went by finally CERT Mr. Paul, came to the door.
164 I informed him the lock was (stuck) are (locked) he replyed when
165 the door open he was going to beat me, as we both was
166 turning the knob it opened (are he unlocked it?) When peti-
167 tioner went to leave after the door open Mr. Paul would not
168 let petitioner talk "punching me in my face everytime I
169 tried, constituted assault & battery. Next Mr. Lucus came in
170 petitioner was at attention, Mr. Lucus stated "we are going
171 to beat you." Next they brought me in what looked to be
172 abandon office in split shift & started punching me in the
173 face, beat me to the ground punching, kicking & stomping
174 me. After bout 5 to 7 mins of this, "petitioner was asking them
175 to "please stop," where his back & left shoulder was in sever
176 pain, petitioners left shoulder felt broke, & could not put any
177 form of preasure on it. "Next, "Cert officer Ms. Williams," came in & stoped
178 them. Mr. Lucus then made me get nude & stand there in front
179 of (Ms. Williams) (Lt. Ms. Cudge) & other officials & would punch
180 me in the face when I tried to cover my penis. The
181 actions of Mr. Lucus & Mr. Paul," constituted assault & battery as
182 well was sexual harassment & sexual exploitation, by forcing
183 me to stand nude in front of more than one female official. &
184 for making up a false story (with no factual reason, complaint are
185 bases) in front of the females that petitioner was masterbayting.
186 Mr. Lucus & Mr. Paul used excessive force as it was there official &

14.

## STATEMENT OF CLAIM

187 Personal duty to only use as much force needed to stop a
188 threat, & a duty," under the color of law to absolutely not
189 to sexually harass anyone. (P.R.E.A) mandates zero tolerance.
190 In both instances Mr. Paul & Mr. Lucus was under the color of
191 state law in there individual & official capacities, was delib-
192 erate indifferent to Mr. Terrell's constitutional rights under the
193 Eighth Amendment of the United States Constitution. . . .
194 Next, directly after the second beating Petitioner Reported
195 the abuse by a grievance to Ms. Askew my counselor. This was
196 around then April, or May, of 2023... Not a week later Mr. Paul & Mr. Lucus
197 pulled singled Petitioner out off the walk & pulled him into split shift
198 & made a threat on his life are dismiss the grievance. Next
199 Dismissing the grievance while trying to get a ID made captain
200 & warden "John Does", slammed Petitioner against the wall told him he
201 would go missing if he came to the flat top again taking his
202 coat, eye glasses, tablet, headphones, all property. Petitioner then
203 waited weeks before going on flat-top. Meanwhile "Lt. Ms. fudge,
204 & RTN," Female officials would yell out loud that Petitioner was "sick"
205 & masterbayting in the bathroom at split/shift & visitation
206 bathroom with no form of factual basis, a form of official hit
207 to get the inmates to cause seriouse physical injury to a inmate
208 which a prison official has a duty to protect a inmate from violence
209 & promote violance is a violation of petitioners rights under the
210 eighth amendment of the united states constitution & equal protection
211 of the fourteenth amendment rights. Mr. Lucus, Mr. Paul, Ms. fudge
212 & warden: Mr. Sen's has this same constitutional duty in addition.

-15-

STATEMENT OF CLAIM

213 Mr. Lucys & Mr. Paul, was deliberate indifferent to Petitioners eighth
214 & fourteenth amendment rights, for there sadistic acts of assault
215 & battery from the threat then assault constituting excessive force
216 while under the color of law in there official & personal capacity
217 where (P.R.E.A) mandates zero tolerance to sexually harass any-
218 Inmate. Mr. Lucys, & GTN officials was deliberate indifferent to Pet-
219 itioners eighth & fourteenth amendment rights while under color of
220 state law stripped Mr. Terrell nude infront of other female officers &
221 punching him in the face for covering his penis constituted sexual,
222 abuse, are harassment, while in there official & personal compacity.
223 "Ms. Fudge" has a official duty to not do anything to promote violence
224 & unsafe housing she was deliberate indifferent to petitioners
225 eighth & fourteenth amendment rights by yelling aloud petitioner
226 was masterbayting in the split shift restroom as it was defaming
227 & sadistic & malicious act while under the color of state law
228 in her official capacity. [Next] Lt. Colbin; punched petitioner in
229 his right eye, temple, caused sever pain, swelling, & blurred vision.
230 for leaving church band practice to soon at west side gate. As
231 he told petitioner if he could not prove where he came from he was
232 going to beat petitioner. Mr. Colbin was in his official & personal
233 capacity deliberate indifferent to petitioners eighth amendment
234 rights for using excessive force constituting assault & battery
235 as well fourteenth amendment rights, while under the color of
236 state law, at the time. [Next] Petitioners eighth amendment
237 right to be medically treated for the injurys he sustained
238 from the assaults. To his right eye, left shoulder, mid-to-lower back
239 & treatment prescribed for the (stroke), was & still has been

16.

. . . Statement of Claim . . .

240 Untreated as well denied Dental which caused loss of teeth &
241 functionality of petitioner's normal functions & sever pain he
242 is left in. Warden: Mr Geals & Dooly states (Medical director) was deliberate
243 indifferent to petitioners Eighth amendment & Fourteenth rights
244 while under the color of state law for the malicious act
245 of not providing medical & dental care to petitioner. While in
246 there official & personal capacity. [Next] Based of the pattern of
247 the "officials of department of corrections," display a unconstitutional
248 "Policy", of "a discrimination,"... Yelling petitioner was doing & accusing of
249 "sexual acts," at least two camps (Agusta) (Dooly) with no facts of such are
250 complaints... B. for putting petitioners life in danger, by unsafe
251 housing... C. for repeated acts of not providing medical, &
252 threats & even attempts upon the life of petitioner. D. for
253 false DR's, & Retaliation, The "Policy," has been administered under the
254 color of state law, & is deliberate indifferint to petitioners Eighth
255 & Fourteenth amendment Rights". In official & personal capacitys.

. . . . Relief Sought . . . . .

(A) Petitioner further prays for compensatory damages in the amount
of $800,000.00 Dollars from each defendant jointly & severally

(B) Punitive damages in the amount of $800,000.00 Dollars for each
Defendant jointly & severally

(C) To pay any & all attorney fee's & cost for this action &
any other relief this honorable court see fit, equitable, just.
(D). Last a trial by jury on all Issues Triable. . . . . . . ,
this ____ day of ____ 2024. . . . . . Respectfully Submitted:
17.
Marcus A Terrell

## CERTIFICATE OF SERVICE

Case No# 5:24-CV-00295-MTT-CHW

I hereby certify & state that I have served this amended complaint of action, as ordered to the Clerk of Court, of the United States District Court for the Middle District of Georgia (Macon) with adequate postage affixed thereto by placing in the United States Postal Service to be served upon the following parties. Petitioner further declares that he is indigent, & has no way to have copys made, & has no outside assistance. Petitioner respectfully request the Clerk of Court serve all parties where Petitioner furnished this honorable court with seperate copys for each defendant original filing. Petitioner no longer can provide copys due to the loss of any outside assistance & the prison does not provide any means to perfect such service. Plaintiff is considered indigent under Georgia law.

### I.

Honorable s/Charles H. Weigle, for the United States District Court Middle District of Georgia, (Macon Division). Po Box 128 Macon, Georgia, 31202.

### II.

Office of the Attorney General of Georgia: Mr Christopher. M. Carr...#112505,- 40 Capital Sq. S.W Atlanta, Georgia, 30334.

2/2

(Case: 5:24-cv-00295-MTT-CHW)

III.

Risk Management Division for the Department of Corrections P.O. Box 1529 Forsyth Georgia, 31029.

IV.

Warden: (Dooly). Mr. Sea/s etal. ... for (Dooly State Prison)... P.O. Box 750 Unadilla, Georgia, 31091. ...

V.

Warden: (Mr. Edward Philbin Alcande.) for (Agusta State Medical)... 3001 Gordon Hwy Grovetown Georgia, 30813. ...

Respectfully Submitted:
Marcus A Terrell
Pro-se

I hereby declare all of the forgoing is true pursuant to 28 U.S.C. §1746 this 12 day of Dec., 2024,

Marcus Anthony Terrell
N0# 831124 / J2-222B
Washington State Prison
,3262 Hwy 24 east/P.O. Box 206
Davisboro, Georgia, 31018,