IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **MARCUS ANTHONY TERRELL,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:24-cv-295-MTT-CHW |
| | : | |
| Warden **SEALS,** *et al.*, | : | Proceedings under 42 U.S.C. § 1983 |
| | : | Before the U.S. Magistrate Judge |
| Defendants. | : | |
| | : | |

# ORDER

Before the Court is Plaintiff Terrell's motion for default judgment. (Doc. 26). Plaintiff asserts that Defendants Paul and Lucas have failed to answer or otherwise respond to his complaint despite being served on August 5, 2025. (*Id.*) Plaintiff is mistaken about the status of the service of Defendants in this case. The docket shows that the Clerk's office issued service paperwork on August 5, 2025, not that Defendants were served on that date. (Docs. 22, 23). Later, on August 25, 2025, the Clerk's office forwarded the service paperwork to the United States Marshals Service for personal service. (Doc. 25). To date, the docket does not show that Defendants have been served, and no answer is due at this time. Therefore, Plaintiff's motion for default judgment (Doc. 26) is premature and is **DENIED**.

**SO ORDERED**, this 2nd day of October, 2025.

s/ Charles H. Weigle_____
Charles H. Weigle
United States Magistrate Judge